## S09Y1809, S09Y1877. IN THE MATTER OF COLEMAN C. EATON, JR. (two cases).

(686 SE2d 129)

PER CURIAM.

Because this Court disbarred Coleman C. Eaton, Jr., from the practice of law in Georgia in *In the Matter of Eaton*, 286 Ga. 28 (685 SE2d 279) (2009), we hereby order that these cases be transferred to inactive status and, in the event respondent petitions for reinstatement, be considered in conjunction with such petition.

*Cases placed on inactive status. All the Justices concur.*

DECIDED NOVEMBER 9, 2009.

*William P. Smith III, General Counsel State Bar, Rebecca A. Hall, Assistant General Counsel State Bar*, for State Bar of Georgia.